IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**STACY PONDER,** *et al.*                                                                 **PLAINTIFFS**

v.                              **CASE NO. 2:21-CV-00066-BSM**

**CAMPING WORLD RV SALES, LLC**                                          **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 29th day of June, 2022.

_____
UNITED STATES DISTRICT JUDGE